THE PEOPLE OF THE STATE OF NEW YORK, Respondent, *v.* HYMAN SHEVITZ et al., Appellants.

*People* v. *Shevitz*, 177 App. Div. 565, affirmed.
(Argued October 7, 1918; decided October 22, 1918.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered April 13, 1917, which affirmed a judgment of the Court of Special Sessions of the city of New York convicting defendants of violations of sections 79-b and 94

of the Labor Law in conducting factories upon separate floors of a building which did not have stairways and fire escapes as required by such statute.

*Albert De Roode* for appellants.

*Edward Swann, District Attorney (Don Carlos Buell* of counsel), for respondent.

Judgment affirmed; no opinion.

Concur: HISCOCK, Ch. J., COLLIN, CUDDEBACK, CARDOZO, POUND, CRANE and ANDREWS, JJ.